*Howard L. Jacobs, Esq.*
*Counselor at Law*

*401 Broadway, Suite 1902, New York, NY 10013*
*Tel: (212) 431-3710 • Fax: (212) 274-0109*
*Email: howardjacobs1@verizon.net*

August 14, 2012

Mr. James Foster
United States Probation Office
147 Pierrepont street
Brooklyn, N.Y. 11201

                  Re:  United States v. Pantoya
                        08 Cr. 212(BMC)

Dear Mr. Foster:

    As I informed you on behalf of my client Rafael Pantoya I withdraw all objections and comments in the letter of Mr. Pantoya to you dated August 5, 2012.

    I again apologize for the tone of the letter.

                                    Very truly yours,

                                    Howard L. Jacobs

cc:   Hon. Brian M. Cogan